UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| CHAD TURNER | ) | BANKRUPTCY CASE NUMBER 09-15630 |
| KIMBERLY K. TURNER | ) | CHAPTER 7 |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 4 | Preferred Anesthesia Consultants<br>1818 Carew Street, #220<br>Fort Wayne, IN   46805 | $ 1.25 |
| CLAIM # 5 | Huntington County Community School Corp.<br>301 Warren Street<br>Huntington, IN   46750 | $ 3.31 |
| CLAIM # 6 | Central Collection Bureau, Inc.<br>Post Office Box 17400<br>Indianapolis, IN   46217-0400 | $ 3.88 |
| CLAIM #10 | Duke Energy Shared Services, Inc.<br>EF367 - PO Box 960<br>Cincinnati, OH   45273-9598 | $ 3.07 |
| CLAIM #13 | Preferred Anesthesia Consultants, P.C.<br>c/o Beckman Lawson, LLP<br>912 South Calhoun Street<br>Fort Wayne, IN   46802 | $ 4.36 |
| | **TOTAL:** | **$15.87** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of May, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

    /s/ Yvette Gaff Kleven  
Yvette Gaff Kleven