**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| CHAD TURNER | ) | BANKRUPTCY CASE NUMBER 09-15630 |
| KIMBERLY K. TURNER | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

    Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

    1.  The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

    2.  The Trustee filed her Final Report And Distribution Summary on April 27, 2011, and issued checks as proposed in said proposed distribution.

    3.  That Check #107 issued to Medical Group of Fort Wayne, PO Box 2505, Fort Wayne, IN 46801 on May 20, 2011 in the amount of $13.53 has not been cashed.

    4.  That the Trustee hereby gives notice that such amount of **$13.53** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

                    Respectfully submitted,

                      ___/s/ Yvette Gaff Kleven_____
                      Yvette Gaff Kleven, Chapter 7 Trustee
                      927 South Harrison Street
                      Fort Wayne, Indiana   46802
                      Telephone:  260 / 407-7000
                      ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of August, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov, and was sent via first class United States mail, postage prepaid, to: Medical Group of Fort Wayne, PO Box 2505, Fort Wayne, IN 46801.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven